UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLINTON STEPHENSON,

    Plaintiff,

v.       Case No. 6:14-cv-00978-RBD-KRS

AMICA MUTUAL INSURANCE COMPANY

    Defendant.

_____

**PLAINTIFF'S STIPULATION**

COME NOW, undersigned counsel for the Plaintiff, **CLINTON STEPHENSON**, and hereby stipulates to the following:

1. Counsel for the Plaintiff stipulates that the Plaintiff is willing to accept at this time, an amount of $50,000.00 or less for the settlement of this matter.

2. That at the time of removal of this matter, the Plaintiff would have accepted an amount of $50,000.00 or less to settle his claim against Defendant Amica.

3. Plaintiff currently resides out of the area but counsel is attempting to obtain an affidavit executed by Plaintiff reflecting the above stipulation.

Dated this 21st of July, 2014.

                                              _____
                                              DAVID J. GOREWITZ, ESQUIRE
                                              Florida Bar No. 817678
                                              1900 S. Harbor City Blvd., Suite 129
                                              Melbourne, FL 32901
                                              (321) 984-0046
                                              Attorney for Plaintiff



PLAINTIFF'S EXHIBIT A

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2014, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on BRIAN STOKES, ESQUIRE, bdstokes@awtspa.com, aliranzo@awtspa.com and eservice@awtspa.com counsel for AMICA MUTUAL INSURANCE COMPANY, via transmission of Notice of Electronic Filing generated by CM/ECF.

_____
DAVID J. GOREWITZ, ESQUIRE
Florida Bar No. 817678
1900 S. Harbor City Blvd., Suite 129
Melbourne, FL 32901
(321) 984-0046
Attorney for Plaintiff
David@gorewitzlaw.com (P)
Anita@gorewitzlaw.com (S)
Sabrina@gorewitzlaw.com (S)